## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

MGSY CORPORATION, an Illinois corporation,
v.
LIVEUNIVERSE, INC., a California corporation, and
BRAD GREENSPAN, an individual.

Case Number:

FILED: AUGUST 1, 2008
08CV4378
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC
MGSY COPORATION, an Illinois corporation

| | |
|---|---|
| NAME (Type or print)<br>William M. McErlean | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>س/ William M. McErlean | |
| FIRM<br>BARNES & THORNBURG LLP | |
| STREET ADDRESS<br>ONE NORTH WACKER DRIVE, SUITE 4400 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122871 | TELEPHONE NUMBER<br>(312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |