UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MGSY CORPORATION,<br>an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LIVEUNIVERSE, INC., a California corporation, and<br>BRAD GREENSPAN, an individual,<br><br>    Defendants. | Case No. 08-cv-04378<br><br>Judge Gottschall |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 11, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Joan B. Gottschall, in Courtroom 2325 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion for Default Judgment against LiveUniverse, Inc.**, a copy of which is herewith served upon you.

                                          Respectfully submitted,

                                          MGSY CORPORATION

                                          By: */s/ Jennifer A. Kimball*
                                                  One of Its Attorneys

William M. McErlean
Jennifer A. Kimball
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Firm I.D.: 32715

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing, **Notice of Motion** of **Motion for Default Judgment against LiveUniverse, Inc.**, was electronically filed via the Court's CM/ECF system, on this 4th day of September, 2008, and served via Federal Express and First Class Mail, proper postage prepaid, upon the Defendants as follows:

> LiveUniverse, Inc.
> c/o Fulton Meyer, Registered Agent
> 17530 Ventura Blvd., Suite 201
> Encino, CA 91316
>
> LiveUniverse, Inc.
> Attn: Ms. Kristen Schub
> 9255 Sunset Boulevard
> Suite 1010
> West Hollywood, CA 90069
>
> Brad Greenspan
> 818 N. Doheny Drive, #802
> West Hollywood, CA 90069

> /s/ Jennifer A. Kimball
> Jennifer A. Kimball

CHDS01 JKIMBALL 495878v1